IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Warren Parks,                                   :
                                                :
                    Plaintiff(s),               :
                                                :    Case Number: 1:14cv318
        vs.                                     :
                                                :    Chief Judge Susan J. Dlott
Prosecutor Holcomb, et al.,                     :
                                                :
                    Defendant(s).               :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge

Karen L. Litkovitz filed on May 16, 2014 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C.

§636(b), and noting that no objections have been filed thereto and that the time for filing such objections

under Fed. R. Civ. P. 72(b) expired June 2, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to proceed *in forma pauperis*, as supplemented (Docs. 1 and 4) is

**DENIED.**

Plaintiff is ORDERED to pay the full $400 fee ($350 filing fee plus $50 administrative fee)

required to commence this action within 30 days, and that plaintiff be notified that his failure to pay the

full $400 fee within 30 days will result in the dismissal of this action.  *See In re Alea,* 286 F.3d 378, 382

(6th Circ. 2002).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the

Report and Recommendation will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114 F.3d

601 (6th Cir. 1997).

IT IS SO ORDERED.


        ____s/Susan J. Dlott_____
        Chief Judge Susan J. Dlott
        United States District Court