# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| WARREN PARKS,<br>    Plaintiff, | Case No. 1:14-cv-318 |
| vs | Dlott, C.J.<br>Litkovitz, M.J. |
| PROSECUTOR HOLCOMB, et al.,<br>    Defendants. | **ORDER** |

On July 31, 2014, this Court adopted the Magistrate Judge's May 16, 2014 Report and Recommendation to deny plaintiff leave to proceed *in forma pauperis* and ordered plaintiff "to pay the full $400.00 fee ($350 filing fee plus $50 administrative fee) required to commence this action within 30 days." (Doc. 8; *see also* Doc. 6). Plaintiff was "notified that his failure to pay the full $400 fee within 30 days will result in the dismissal of this action." (Doc. 8). *Cf. In re Alea,* 286 F.3d 378, 382 (6th Cir. 2002). Plaintiff has not paid the fee required to commence this action, and the deadline for doing so has passed. Therefore, the Court hereby **DISMISSES** the complaint for want of prosecution.

It is **FURTHER ORDERED** that plaintiff's "Motion To Mandate" (Doc. 5) is **DENIED** as moot.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601, 610-11 (6th Cir. 1997).

**IT IS SO ORDERED.**

*Susan J. Dlott*
Susan J. Dlott, Chief Judge
United States District Court